**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WALTER A. WALSTROM
    SANDRA M. WALSTROM

        Debtor(s)

  Ronda J. Winnecour

        Movant
    vs.

SPECIALIZED LOAN SERVICING LLC

       Respondent(s)

Case No. 15-70318JAD

Chapter 13

Document No.___

### NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

    Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full.  The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items.  Going forward the debtor(s) shall pay property taxes and insurance premiums directly.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 2
Court Claim Number - 2

3/18/2020

/s/   Ronda J. Winnecour
Pa. ID  #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

WALTER A. WALSTROM
SANDRA M. WALSTROM

      Debtor(s)

Ronda J. Winnecour

      Movant

vs.

SPECIALIZED LOAN SERVICING LLC

      Respondent(s)

Case No.15-70318JAD

Chapter 13

Document No.___

### CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

WALTER A. WALSTROM, SANDRA M. WALSTROM, 78 SIXTH STREET, HOUTZDALE, PA 16651
KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA 15658
SPECIALIZED LOAN SERVICING LLC, PO BOX 636007, LITTLETON, CO  80163
SPECIALIZED LOAN SERVICING, 8742 LUCENT BLVD STE 300, HIGHLANDS RANCH, CO  80129
LISA CANCANON ESQ, WEINSTEIN & RILEY PS, 11101 WEST 120TH AVE #280, BROOMFIELD, CO  80021

03/18/2020

/s/ Roberta Saunier

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com