## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Walter A. Walstrom                                     CHAPTER 13
       Sandra M. Walstrom
               Debtor(s)                              BKY. NO. 15-70318 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its invidual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust and index same on the master mailing list.

                                                 Respectfully submitted,

                                                 **/s/James C. Warmbrodt, Esquire**
                                                 James C. Warmbrodt, Esquire
                                                 Attorney I.D. No. 42524
                                                 KML Law Group, P.C.
                                                 BNY Mellon Independence Center
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106
                                                 412-430-3594
                                                 jwarmbrodt@kmllawgroup.com