**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  WALTER A. WALSTROM<br>SANDRA M. WALSTROM<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  WALTER A. WALSTROM<br>SANDRA M. WALSTROM<br><br>     Respondents | Case No. 15-70318JAD<br><br>FILED<br>6/29/20 10:32 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Chapter 13<br><br>Document No. 95 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 29 day of June, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

        Nst Falls Creek Inc/Net Shape
        Attn: Payroll Manager
        409 3Rd St
        Falls Creek, PA 15840

is hereby ordered to immediately terminate the attachment of the wages of WALTER A. WALSTROM, social security number XXX-XX-6609. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of WALTER A. WALSTROM.

FURTHER ORDERED: n/a

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_____ jsf
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Walter A. Walstrom
Sandra M. Walstrom
    Debtors

Case No. 15-70318-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7  User: dpas  Page 1 of 1  Date Rcvd: Jun 29, 2020
                     Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2020.
db/jdb         +Walter A. Walstrom,   Sandra M. Walstrom,   78 Sixth Street,   Houtzdale, PA 16651-8130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2020 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its invidual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com
      Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE et al. pawb@fedphe.com
      Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, N.A., As Trustee For Option One Mortgage et al. pawb@fedphe.com
      Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, NA, As Trustee For Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates Series 2005-2 jschalk@barley.com, sromig@barley.com
      Kenneth P. Seitz    on behalf of Debtor Walter A. Walstrom thedebterasers@aol.com
      Kenneth P. Seitz    on behalf of Joint Debtor Sandra M. Walstrom thedebterasers@aol.com
      Lisa  Cancanon    on behalf of Creditor   Specialized Loan Servicing LLC lisac@w-legal.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A., As Trustee For Option One Mortgage et al. pawb@fedphe.com
      Thomas  Song    on behalf of Creditor    Wells Fargo Bank, National Association, As Trustee et al pawb@fedphe.com
      Thomas  Song    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE et al. pawb@fedphe.com
                                                                         TOTAL: 12