**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No.15-70318JAD |
|    WALTER A. WALSTROM | |
| SANDRA M. WALSTROM | |
|        Debtor(s) | |
|    Ronda J. Winnecour, Trustee | FILED |
|     Movant | Chapter 13    6/29/20 10:34 am |
|     vs. | CLERK |
|    WALTER A. WALSTROM | U.S. BANKRUPTCY |
| SANDRA M. WALSTROM | COURT - WDPA |
| | Document No.__96__ |
|      Respondents | |

---

### ORDER TO STOP PAYROLL DEDUCTIONS

   AND NOW, this __29th__ day of __June__ , 20_20_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Presbyterian Homes/Presbyterian Senior Living

Attn: Payroll Manager

1 Trinity Dr E Ste 201

Dillsburg,PA 17019-

is hereby ordered to immediately terminate the attachment of the wages of SANDRA M.

WALSTROM, social security number XXX-XX-3956.   No future payments are to be sent to

Ronda J. Winnecour, Trustee on behalf of SANDRA M. WALSTROM.

FURTHER ORDERED:   n/a

BY THE COURT:

_____ jsf

UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 15-70318-JAD
Walter A. Walstrom                                                               Chapter 13
Sandra M. Walstrom
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7           User: dpas              Page 1 of 1                Date Rcvd: Jun 29, 2020
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db/jdb          +Walter A. Walstrom,    Sandra M. Walstrom,    78 Sixth Street,    Houtzdale, PA 16651-8130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2020 at the address(es) listed below:
              James  Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, DBA Christiana
               Trust, not in its invidual capacity, but solely in its capacity as Owner Trustee for WF 19
               Grantor Trust bkgroup@kmllawgroup.com
              Jerome B. Blank   on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE et
               al. pawb@fedphe.com
              Jerome B. Blank   on behalf of Creditor    Wells Fargo Bank, N.A., As Trustee For Option One
               Mortgage et al. pawb@fedphe.com
              Joseph P. Schalk   on behalf of Creditor   Wells Fargo Bank, NA, As Trustee For Option One
               Mortgage Loan Trust 2005-2, Asset-Backed Certificates Series 2005-2 jschalk@barley.com,
               sromig@barley.com
              Kenneth P. Seitz   on behalf of Debtor Walter A. Walstrom thedebterasers@aol.com
              Kenneth P. Seitz   on behalf of Joint Debtor Sandra M. Walstrom thedebterasers@aol.com
              Lisa  Cancanon   on behalf of Creditor   Specialized Loan Servicing LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song   on behalf of Creditor   Wells Fargo Bank, N.A., As Trustee For Option One Mortgage
               et al. pawb@fedphe.com
              Thomas  Song   on behalf of Creditor   Wells Fargo Bank, National Association, As Trustee et al
               pawb@fedphe.com
              Thomas  Song   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE et al.
               pawb@fedphe.com
                                                                                  TOTAL: 12