**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 15-70318-JAD** |
|     **Walter A. Walstrom and** | : | |
|     **Sandra M. Walstrom,** | : | **Chapter 13** |
|             **Debtors** | : | |
| | : | **Docket No. 103** |
|     **Walter A. Walstrom,** | : | |
|            **Movant** | : | |
| | : | |
|     **vs.** | : | |
| | : | |
|     **American InfoSource, LP,** | : | |
|     **CitiFinancial Servicing, LLC,** | : | |
|     **Convergent Outsourcing,** | : | |
|     **Credit Control,** | : | |
|     **Debt Recovery Solution,** | : | |
|     **Dr. Leonards/Carol Wright,** | : | |
|     **EOS CCA,** | : | |
|     **Fingerhut,** | : | |
|     **Midland Funding,** | : | |
|     **Miramedrg,** | : | |
|     **National Recovery Agency,** | : | |
|     **Ocwen Loan Servicing, LLC,** | : | |
|     **OneMain Financial,** | : | |
|     **PA Collection Service,** | : | |
|     **Penn Credit,** | : | |
|     **Phelan, Hallinan & Schmieg, LLP,** | : | |
|     **Portfolio Recovery Associates, LLC,** | : | |
|     **Swiss Colony,** | : | |
|     **Timberland Federal Credit Union,** | : | |
|     **Trident Asset,** | : | |
|     **U.S. Department of Education,** | : | |
|     **Verizon Wireless,** | : | |
|     **Wells Fargo Bank, N.A.,** | : | |
|            **Respondents** | : | |
| | : | |
|     **Ronda J. Winnecour, Esquire ,** | : | |
|     **Chapter 13 Trustee,** | : | |
|            **Additional Respondent** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO**
**APPROVE SETTLEMENT IN PERSONAL INJURY CLAIM**

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **September 4, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.

If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take the Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on **Friday, September 18, 2020 at 11:00 AM** before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service:  August 18, 2020                    Attorney for Movant:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA  15658
(814) 536-7470