# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | Case No. 15-70318-JAD |
| Walter A. Walstrom and : | |
| Sandra M. Walstrom, : | Chapter 13 |
| Debtors : | |
| : | |

## CERTIFICATE OF SERVICE OF
## AMENDED SCHEDULE B AND AMENDED SCHEDULE C

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify that I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 24th day of August, 2020, a true and exact copy of the Amended Schedule B and the Amended Schedule C dated August 18, 2020, along with a copy of the Order dated August 23, 2020, on all the parties on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>August 24, 2020</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 15-70318-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Mar  3 10:22:15 EST 2016 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA  90051-5478 |
| American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | CitiFinancial Servicing LLC<br>P.O. Box 6043<br>Sioux Falls, SD 57117-6043 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 |
| Convergent Outsourcing<br>800 Sw 39th St<br>Renton, WA 98057-4975 | Credit Control<br>2410 Broad Ave<br>Altoona, PA 16601-1940 | Debt Recovery Solution<br>900 Merchants Concourse<br>Westbury, NY 11590-5121 |
| Dr Leonards/Carol Wrig<br>1515 S 21st St<br>Clinton, IA 52732-6676 | EOS CCA<br>700 Longwater Drive<br>Norwell, MA 02061-1624 | Fingerhut<br>P.O. Box 1250<br>Saint Cloud, MN 56395-1250 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Miramedrg<br>991 Oak Creek Dr<br>Lombard, IL 60148-6408 | National Recovery Agen<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 |
| Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | OneMain Financial<br>5523 E. Pleasant Valley Blvd. S4<br>Tyrone, PA 16686-8570 |
| PA Collection Service<br>P.O. Box 893<br>Washington, PA 15301-0893 | Penn Credit<br>916 S 14th St<br>Harrisburg, PA 17104-3425 | Penn Credit Corporatio<br>916 S 14th St<br>Harrisburg, PA 17104-3425 |
| Phelan Hallinan & Schmieg, LLP<br>1617 JFK Blvd., Suite 1400<br>Philadelphia, PA 19103-1814 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Swiss Colony<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Timberland Fed Cr Un<br>821 Beaver Dr<br>Du Bois, PA 15801-2511 | Trident Asst<br>53 Perimeter Cente Suite 440<br>Atlanta, GA 30346-2294 | U S Department of Education<br>P O Box 16448<br>St. Paul, MN 55116-0448 |
| U S Dept Of Ed/Gsl/Atl<br>Po Box 4222<br>Iowa City, IA 52244 | U.S. Department of Education<br>P.O. Box 530229<br>Atlanta, GA 30353-0229 | Verizon Wireless<br>1 Verizon Pl<br>Alpharetta, GA 30004-8510 |

| | | |
|---|---|---|
| Wells Fargo Bank, N.A., as Trustee<br>c/o Ocwen Loan Servicing, LLC<br>1661 Worthington Rd., St# 100<br>West Palm Beach, FL 33409-6493 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Sandra M. Walstrom<br>78 Sixth Street<br>Houtzdale, PA 16651-8130 | Walter A. Walstrom<br>78 Sixth Street<br>Houtzdale, PA 16651-8130 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address

(u)Wells Fargo Bank, NA, As Trustee For Optio        End of Label Matrix
                                                     Mailable recipients    34
                                                     Bypassed recipients     1
                                                     Total                  35

https://ncrs.uscourts.gov/query/...                                        March 3, 2016