**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 15-70318-JAD** |
| **Walter A. Walstrom and** | : | |
| **Sandra M. Walstrom,** | : | **Chapter 13** |
|     **Debtors** | : | |
| | : | **Docket No. 106** |
| **Walter A. Walstrom,** | : | |
|     **Movant** | : | **Hearing Date & Time: September 18, 2020** |
| | : |                       **11:00 AM** |
|     **vs.** | : | |
| | : | |
| **American InfoSource, LP,** | : | |
| **CitiFinancial Servicing, LLC,** | : | |
| **Convergent Outsourcing,** | : | |
| **Credit Control,** | : | |
| **Debt Recovery Solution,** | : | |
| **Dr. Leonards/Carol Wright,** | : | |
| **EOS CCA,** | : | |
| **Fingerhut,** | : | |
| **Midland Funding,** | : | |
| **Miramedrg,** | : | |
| **National Recovery Agency,** | : | |
| **Ocwen Loan Servicing, LLC,** | : | |
| **OneMain Financial,** | : | |
| **PA Collection Service,** | : | |
| **Penn Credit,** | : | |
| **Phelan, Hallinan & Schmieg, LLP,** | : | |
| **Portfolio Recovery Associates, LLC,** | : | |
| **Swiss Colony,** | : | |
| **Timberland Federal Credit Union,** | : | |
| **Trident Asset,** | : | |
| **U.S. Department of Education,** | : | |
| **Verizon Wireless,** | : | |
| **Wells Fargo Bank, N.A.,** | : | |
|     **Respondents** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire ,** | : | |
| **Chapter 13 Trustee,** | : | |
|     **Additional Respondent** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO APPROVE
SETTLEMENT IN PERSONAL INJURY CLAIM**

    The undersigned hereby certifies that as of the date hereof, no answer, no objection or other responsive pleading to the Husband-Debtor's Motion to Approve Settlement in Personal Injury Claim filed on August 18, 2020, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Husband-Debtor's Motion to Approve Settlement in Personal Injury Claim appears thereon. Pursuant to the Notice of Hearing, objections to the Husband-Debtor's Motion to Approve Settlement in Personal Injury Claim were to be filed and served no later than September 4, 2020.

It is hereby respectfully requested that the Order attached to the Husband-Debtor's Motion to Approve Settlement in Personal Injury Claim be entered by the Court.

Dated: September 8, 2020

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470