# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-70318-JAD |
|     Walter A. Walstrom and | : | |
|     Sandra M. Walstrom, | : | Chapter 13 |
|                 **Debtors** | : | |
|     Walter A. Walstrom, | : | |
|                 **Movant** | : | |
|       vs. | : | |
|     American InfoSource, LP, | : | |
|     CitiFinancial Servicing, LLC, | : | |
|     Convergent Outsourcing, | : | |
|     Credit Control, | : | |
|     Debt Recovery Solution, | : | |
|     Dr. Leonards/Carol Wright, | : | |
|     EOS CCA, | : | |
|     Fingerhut, | : | |
|     Midland Funding, | : | |
|     Miramedrg, | : | |
|     National Recovery Agency, | : | |
|     Ocwen Loan Servicing, LLC, | : | |
|     OneMain Financial, | : | |
|     PA Collection Service, | : | |
|     Penn Credit, | : | |
|     Phelan, Hallinan & Schmieg, LLP, | : | |
|     Portfolio Recovery Associates, LLC, | : | |
|     Swiss Colony, | : | |
|     Timberland Federal Credit Union, | : | |
|     Trident Asset, | : | |
|     U.S. Department of Education, | : | |
|     Verizon Wireless, | : | |
|     Wells Fargo Bank, N.A., | : | |
|                 **Respondents** | : | |
|     Ronda J. Winnecour, Esquire , | : | |
|     Chapter 13 Trustee, | : | |
|         **Additional Respondent** | : | |

## **CERTIFICATE OF SERVICE**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 11th day of September, 2020, a true and correct copy of the Order dated September 10, 2020, approving the Motion to Approve Settlement of Personal Injury Claim by First-Class Mail.  U.S. Postage paid on all the creditors on the attached matrix; including Atty Jennifer Matassa.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Executed on: <u>September 11, 2020</u> | /s/ Jessica L. Tighe |
|  | Jessica L. Tighe; Legal Asst. |
|  | Law Offices of Kenny P. Seitz |
|  | P. O. Box 211 |
|  | Ligonier, PA  15658 |
|  | (814) 536-7470 |

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 15-70318-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Mar  3 10:22:15 EST 2016 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA  90051-5478 |
| American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | CitiFinancial Servicing LLC<br>P.O. Box 6043<br>Sioux Falls, SD 57117-6043 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 |
| Convergent Outsourcing<br>800 Sw 39th St<br>Renton, WA 98057-4975 | Credit Control<br>2410 Broad Ave<br>Altoona, PA 16601-1940 | Debt Recovery Solution<br>900 Merchants Concourse<br>Westbury, NY 11590-5121 |
| Dr Leonards/Carol Wrig<br>1515 S 21st St<br>Clinton, IA 52732-6676 | EOS CCA<br>700 Longwater Drive<br>Norwell, MA 02061-1624 | Fingerhut<br>P.O. Box 1250<br>Saint Cloud, MN 56395-1250 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Miramedrg<br>991 Oak Creek Dr<br>Lombard, IL 60148-6408 | National Recovery Agen<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 |
| Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826-2703 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | OneMain Financial<br>5523 E. Pleasant Valley Blvd. S4<br>Tyrone, PA 16686-8570 |
| PA Collection Service<br>P.O. Box 893<br>Washington, PA 15301-0893 | Penn Credit<br>916 S 14th St<br>Harrisburg, PA 17104-3425 | Penn Credit Corporatio<br>916 S 14th St<br>Harrisburg, PA 17104-3425 |
| Phelan Hallinan & Schmieg, LLP<br>1617 JFK Blvd., Suite 1400<br>Philadelphia, PA 19103-1814 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Swiss Colony<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Timberland Fed Cr Un<br>821 Beaver Dr<br>Du Bois, PA 15801-2511 | Trident Asst<br>53 Perimeter Cente Suite 440<br>Atlanta, GA 30346-2294 | U S Department of Education<br>P O Box 16448<br>St. Paul, MN 55116-0448 |
| U S Dept Of Ed/Gsl/Atl<br>Po Box 4222<br>Iowa City, IA 52244 | U.S. Department of Education<br>P.O. Box 530229<br>Atlanta, GA 30353-0229 | Verizon Wireless<br>1 Verizon Pl<br>Alpharetta, GA 30004-8510 |

https://ncrs.uscourts.gov/query/cmecf/index.adp    Page 2 of 2

| | | |
|---|---|---|
| Wells Fargo Bank, N.A., as Trustee<br>c/o Ocwen Loan Servicing, LLC<br>1661 Worthington Rd., St# 100<br>West Palm Beach, FL 33409-6493 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Sandra M. Walstrom<br>78 Sixth Street<br>Houtzdale, PA 16651-8130 | Walter A. Walstrom<br>78 Sixth Street<br>Houtzdale, PA 16651-8130 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address

(u)Wells Fargo Bank, NA, As Trustee For Optio

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35

https://ncrs.uscourts.gov/query/...                                                                 March 3, 2016