**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | Bankruptcy No. 15-70318-JAD | FILED |
| Walter A. Walstrom and : | | 9/10/20 2:13 pm |
| Sandra M. Walstrom, : | Chapter 13 | CLERK |
| Debtors : | | U.S. BANKRUPTCY |
| : | Docket No. | COURT - WDPA |
| Walter A. Walstrom, : | | |
| Movant : | Related to Docket No. 102 | |
| : | | |
| vs. : | Hearing Date & Time: September 18, 2020 | |
| : | 11:00 AM | |
| American InfoSource, LP, : | | |
| CitiFinancial Servicing, LLC, : | | |
| Convergent Outsourcing, : | | |
| Credit Control, : | | |
| Debt Recovery Solution, : | | |
| Dr. Leonards/Carol Wright, : | | |
| EOS CCA, : | | |
| Fingerhut, : | | |
| Midland Funding, : | | |
| Miramedrg, : | | |
| National Recovery Agency, : | | |
| Ocwen Loan Servicing, LLC, : | | |
| OneMain Financial, : | | |
| PA Collection Service, : | | |
| Penn Credit, : | | |
| Phelan, Hallinan & Schmieg, LLP, : | | |
| Portfolio Recovery Associates, LLC, : | | |
| Swiss Colony, : | | |
| Timberland Federal Credit Union, : | | |
| Trident Asset, : | | |
| U.S. Department of Education, : | | |
| Verizon Wireless, : | | |
| Wells Fargo Bank, N.A., : | | |
| Respondents : | | |
| : | | |
| Ronda J. Winnecour, Esquire , : | | |
| Chapter 13 Trustee, : | | |
| Additional Respondent : | | |

## ORDER

**AND NOW**, this ___10th_____ day of __September_____ 2020, upon consideration of the Husband-Debtor's Motion to Approve Settlement of Personal Injury Claim it is hereby ORDERED and DECREED as follows:

1. The Personal Injury Claim in the gross amount of One Hundred Thirty Thousand Dollars ($130,000.00) is approved.

2. Attorney fees to Jennifer Matassa, Esquire the law firm Edgar Snyder & Associates, LLC awarded in the amount of Forty-Three Thousand Three Hundred Thirty-Three Dollars and thirty-three cents ($43,333.33).

3. Advanced costs to Jennifer Matassa, Esquire is awarded in the amount of Three Hundred Twenty-Five Dollars and seventy-nine cents ($325.79).

4. Lien to Anthem BCBS Health Insurance is awarded in the amount of Forty-Three Thousand Three Hundred Thirty-Three Dollars and thirty-three cents ($43,333.33).

5. Lien to Anthem Disability is awarded in the amount of Five Thousand Five Dollars and ninety-four cents ($5,005.94).

6. Unpaid medical bills totaling Three Thousand One Hundred Forty-Eight Dollars and ninety-five cents ($3,148.95) to be paid by the Debtor directly..

7. Attorney fees to the Law Offices of Kenny P. Seitz are awarded in the amount of Five Hundred Dollars ($500.00).

8. Award the Husband-Debtor the net claim amount in the amount of Thirty-Three Thousand One Hundred One Dollars ($33,101.00).

9. Award amount of One Thousand Two Hundred Fifty-One Dollars and sixty-six cents ($1,251.66) to the Chapter 13 Trustee.

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Walter A. Walstrom
Sandra M. Walstrom
    Debtors

Case No. 15-70318-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: dpas     Page 1 of 1     Date Rcvd: Sep 10, 2020
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2020.
db/jdb          +Walter A. Walstrom,    Sandra M. Walstrom,    78 Sixth Street,    Houtzdale, PA 16651-8130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2020 at the address(es) listed below:

         James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, DBA Christiana Trust, not in its invidual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bkgroup@kmllawgroup.com
         Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE et al. pawb@fedphe.com
         Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, N.A., As Trustee For Option One Mortgage et al. pawb@fedphe.com
         Joseph P. Schalk    on behalf of Creditor    Wells Fargo Bank, NA, As Trustee For Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates Series 2005-2 jschalk@barley.com, sromig@barley.com
         Kenneth P. Seitz    on behalf of Debtor Walter A. Walstrom thedebterasers@aol.com
         Kenneth P. Seitz    on behalf of Joint Debtor Sandra M. Walstrom thedebterasers@aol.com
         Lisa Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com, Llombardi06@law.du.edu
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A., As Trustee For Option One Mortgage et al. pawb@fedphe.com
         Thomas Song    on behalf of Creditor    Wells Fargo Bank, National Association, As Trustee et al pawb@fedphe.com
         Thomas Song    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE et al. pawb@fedphe.com
                                                                                                                   TOTAL: 12