Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Walter A. Walstrom
Sandra M. Walstrom**
Debtor(s)

Bankruptcy Case No.: 15−70318−JAD

Chapter: 13
Docket No.: 118 − 114

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 29th of December, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/8/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/17/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/8/21.**

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Walter A. Walstrom  
Sandra M. Walstrom  
    Debtor(s)

Case No. 15-70318-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: jfur      Page 1 of 3  
Date Rcvd: Dec 30, 2020      Form ID: 408      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter A. Walstrom, Sandra M. Walstrom, 78 Sixth Street, Houtzdale, PA 16651-8130 |
| sp | + | Jennifer Matassa, 104 College Park Plaza, Johnstown, PA 15904-2831 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14100262 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14040853 | ++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2222 address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14087321 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14040855 | + | Credit Control, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14040858 | + | EOS CCA, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 14040863 | + | Ocwen Loan Servicing L, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14040865 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14308681 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14040870 | + | Timberland Fed Cr Un, 821 Beaver Dr, Du Bois, PA 15801-2511 |
| 14040871 | + | Trident Asst, 53 Perimeter Cente Suite 440, Atlanta, GA 30346-2230 |
| 14123227 | | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |
| 14040872 | | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 14093211 | + | Wells Fargo Bank, N.A., as Trustee, c/o Ocwen Loan Servicing, LLC, 1661 Worthington Rd., St# 100, West Palm Beach, FL 33409-6493 |
| 14888004 | + | Wilmington Savings Fund Society, FSB, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14080210 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 31 2020 02:30:01 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14040854 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 31 2020 01:57:00 | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 14040857 | + | Email/Text: bankruptcy@sccompanies.com | Dec 31 2020 01:56:00 | Dr Leonards/Carol Wrig, 1515 S 21st St, Clinton, IA 52732-6676 |
| 14040859 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 31 2020 01:57:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 14040860 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 31 2020 01:57:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14040861 | + | Email/Text: mmrgbk@miramedrg.com | Dec 31 2020 01:57:00 | Miramedrg, 991 Oak Creek Dr, Lombard, IL 60148-6408 |
| 14040862 | + | Email/Text: Bankruptcies@nragroup.com | Dec 31 2020 01:57:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |

| 14040864 | + | Email/PDF: cbp@onemainfinancial.com | Dec 31 2020 02:29:51 | OneMain Financial, 5523 E. Pleasant Valley Blvd. S4, Tyrone, PA 16686-8570 |
| 14104203 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 31 2020 02:30:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14040868 | + | Email/Text: nod.referrals@fedphe.com | Dec 31 2020 01:56:00 | Phelan Hallinan & Schmieg, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14040869 | + | Email/Text: bankruptcy@sccompanies.com | Dec 31 2020 01:57:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14040874 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 31 2020 01:56:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE |
| cr | | Wells Fargo Bank, N.A., As Trustee For Option One |
| cr | | Wells Fargo Bank, NA, As Trustee For Option One Mo |
| cr | | Wells Fargo Bank, National Association, As Trustee |
| cr | | Wilmington Savings Fund Society, FSB, DBA Christia |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14040856 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |
| 14040866 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14040867 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14040873 | ##+ | U.S. Department of Education, P.O. Box 530229, Atlanta, GA 30353-0229 |

TOTAL: 5 Undeliverable, 1 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank NA, As Trustee For Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates Series 2005-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its invidual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE et al. pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 3 of 3 |
| Date Rcvd: Dec 30, 2020 | Form ID: 408 | Total Noticed: 29 |

| | |
|---|---|
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank  N.A., As Trustee For Option One Mortgage et al. pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor Wells Fargo Bank  NA, As Trustee For Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates Series 2005-2 jschalk@barley.com, sromig@barley.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Sandra M. Walstrom thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Walter A. Walstrom thedebterasers@aol.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com  Llombardi06@law.du.edu |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank  N.A., As Trustee For Option One Mortgage et al. mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al pawb@fedphe.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE et al. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank  N.A., As Trustee For Option One Mortgage et al. pawb@fedphe.com |

TOTAL: 14