**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WALTER A. WALSTROM<br>SANDRA M. WALSTROM<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:15-70318 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

December 21, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/04/2015 and confirmed on 6/22/15. The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 65,097.25 |
| Less Refunds to Debtor | 1,010.83 | |
| TOTAL AMOUNT OF PLAN FUND | | 64,086.42 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,648.00 | |
|   Trustee Fee | 2,864.96 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,512.96 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WELLS FARGO BANK NA - TRUSTEE | 0.00 | 37,280.13 | 0.00 | 37,280.13 |
|     Acct: 4389 | | | | |
|   WELLS FARGO BANK NA - TRUSTEE | 4,664.78 | 4,664.78 | 0.00 | 4,664.78 |
|     Acct: 4389 | | | | |
|   SPECIALIZED LOAN SERVICING LLC* | 10,238.37 | 10,238.37 | 1,620.71 | 11,859.08 |
|     Acct: 2665 | | | | |
| | | | | 53,803.99 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WALTER A. WALSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WALTER A. WALSTROM | 1,010.83 | 1,010.83 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,648.00 | 3,648.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELLS FARGO BANK NA - TRUSTEE | 150.00 | 150.00 | 0.00 | 150.00 |
|     Acct: 4389 | | | | |
| | | | | 150.00 |
| **Unsecured** | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DIF | 73.49 | 12.15 | 0.00 | 12.15 |
|     Acct: 2302 | | | | |
|   CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3242 | | | | |
|   CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3241 | | | | |
|   DEBT RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2089 | | | | |
|   DR LEONARDS SHOP NOW | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3A4A | | | | |
|   EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 3069 | | | | |
|   FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5130 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8692 | | | | |
|   MIRAMED REVENUE GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3903 | | | | |
|   NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2244 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 11,923.86 | 1,971.25 | 0.00 | 1,971.25 |
|     Acct: 9765 | | | | |
|   PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0489 | | | | |
|   PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0164 | | | | |
|   PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2861 | | | | |
|   PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9824 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6762 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8286 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4355 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6458 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6503 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7936 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5296 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7252 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1779 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9351 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1632 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9460 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2311 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2414 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2611 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0712 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2910 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2911 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2910 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2311 | | | | |
|   PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 1713 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3112 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2011 | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2312 | | | | |
| THE SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 384A | | | | |
| TIMBERLAND FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0014 | | | | |
| TRIDENT ASSET++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0940 | | | | |
| US DEPARTMENT OF EDUCATION | 9,685.70 | 1,601.24 | 0.00 | 1,601.24 |
| Acct: 3956 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 210.68 | 34.83 | 0.00 | 34.83 |
| Acct: 0001 | | | | |
| ANDREW L SPIVACK ESQ FOR JOSEPH P | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN CREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 3,619.47 |

TOTAL PAID TO CREDITORS                                                           57,573.46

TOTAL CLAIMED
PRIORITY            150.00
SECURED          14,903.15
UNSECURED       21,893.73

Date: 12/21/2020                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WALTER A. WALSTROM
    SANDRA M. WALSTROM
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-70318 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Walter A. Walstrom  
Sandra M. Walstrom  
    Debtor(s)

Case No. 15-70318-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: jfur     Page 1 of 3  
Date Rcvd: Dec 30, 2020     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter A. Walstrom, Sandra M. Walstrom, 78 Sixth Street, Houtzdale, PA 16651-8130 |
| sp | + | Jennifer Matassa, 104 College Park Plaza, Johnstown, PA 15904-2831 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14100262 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14040853 | ++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2222 address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14087321 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14040855 | + | Credit Control, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14040858 | + | EOS CCA, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 14040863 | + | Ocwen Loan Servicing L, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14040865 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14308681 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14040870 | + | Timberland Fed Cr Un, 821 Beaver Dr, Du Bois, PA 15801-2511 |
| 14040871 | + | Trident Asst, 53 Perimeter Cente Suite 440, Atlanta, GA 30346-2230 |
| 14123227 | | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |
| 14040872 | | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 14093211 | + | Wells Fargo Bank, N.A., as Trustee, c/o Ocwen Loan Servicing, LLC, 1661 Worthington Rd., St# 100, West Palm Beach, FL 33409-6493 |
| 14888004 | + | Wilmington Savings Fund Society, FSB, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14080210 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 31 2020 02:30:46 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14040854 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 31 2020 01:57:00 | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 14040857 | + | Email/Text: bankruptcy@sccompanies.com | Dec 31 2020 01:56:00 | Dr Leonards/Carol Wrig, 1515 S 21st St, Clinton, IA 52732-6676 |
| 14040859 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 31 2020 01:57:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 14040860 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 31 2020 01:57:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14040861 | + | Email/Text: mmrgbk@miramedrg.com | Dec 31 2020 01:57:00 | Miramedrg, 991 Oak Creek Dr, Lombard, IL 60148-6408 |
| 14040862 | + | Email/Text: Bankruptcies@nragroup.com | Dec 31 2020 01:57:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |

| District/off: 0315-7 | User: jfur | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2020 | Form ID: pdf900 | Total Noticed: 29 |

| 14040864 | + | Email/PDF: cbp@onemainfinancial.com | | |
| --- | --- | --- | --- | --- |
| | | | Dec 31 2020 02:30:36 | OneMain Financial, 5523 E. Pleasant Valley Blvd. S4, Tyrone, PA 16686-8570 |
| 14104203 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 31 2020 02:31:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14040868 | + | Email/Text: nod.referrals@fedphe.com | | |
| | | | Dec 31 2020 01:56:00 | Phelan Hallinan & Schmieg, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14040869 | + | Email/Text: bankruptcy@sccompanies.com | | |
| | | | Dec 31 2020 01:57:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14040874 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Dec 31 2020 01:56:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE |
| cr | | Wells Fargo Bank, N.A., As Trustee For Option One |
| cr | | Wells Fargo Bank, NA, As Trustee For Option One Mo |
| cr | | Wells Fargo Bank, National Association, As Trustee |
| cr | | Wilmington Savings Fund Society, FSB, DBA Christia |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14040856 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |
| 14040866 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14040867 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14040873 | ##+ | U.S. Department of Education, P.O. Box 530229, Atlanta, GA 30353-0229 |

TOTAL: 5 Undeliverable, 1 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | |
| | on behalf of Creditor Wells Fargo Bank  NA, As Trustee For Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates Series 2005-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian Nicholas | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, DBA Christiana Trust, not in its invidual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Jerome B. Blank | |
| | on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE et al. pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: jfur | Page 3 of 3 |
| Date Rcvd: Dec 30, 2020 | Form ID: pdf900 | Total Noticed: 29 |

Jerome B. Blank
    on behalf of Creditor Wells Fargo Bank  N.A., As Trustee For Option One Mortgage et al. pawb@fedphe.com

Joseph P. Schalk
    on behalf of Creditor Wells Fargo Bank  NA, As Trustee For Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates Series 2005-2 jschalk@barley.com, sromig@barley.com

Kenneth P. Seitz
    on behalf of Joint Debtor Sandra M. Walstrom thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor Walter A. Walstrom thedebterasers@aol.com

Lisa Cancanon
    on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com  Llombardi06@law.du.edu

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank  National Association, As Trustee et al pawb@fedphe.com

Thomas Song
    on behalf of Creditor WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE et al. pawb@fedphe.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank  N.A., As Trustee For Option One Mortgage et al. pawb@fedphe.com

TOTAL: 13