**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    WALTER A. WALSTROM
    SANDRA M. WALSTROM
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-70318 JAD

Chapter 13

Document No.: 114

ORDER OF COURT

    AND NOW, this ___11th___ day of ___February___, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-70318-JAD |
| Walter A. Walstrom | Chapter 13 |
| Sandra M. Walstrom | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dpas | Page 1 of 3 |
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter A. Walstrom, Sandra M. Walstrom, 78 Sixth Street, Houtzdale, PA 16651-8130 |
| sp | + | Jennifer Matassa, 104 College Park Plaza, Johnstown, PA 15904-2831 |
| cr | + | PHH Mortgage Corporation, Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14100262 | | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 51178, Los Angeles, CA 90051-5478 |
| 14040853 | ++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2222 address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14087321 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14040855 | + | Credit Control, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14040858 | + | EOS CCA, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 14040863 | + | Ocwen Loan Servicing L, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14040865 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14308681 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14040870 | + | Timberland Fed Cr Un, 821 Beaver Dr, Du Bois, PA 15801-2511 |
| 14040871 | + | Trident Asst, 53 Perimeter Cente Suite 440, Atlanta, GA 30346-2230 |
| 14123227 | | U S Department of Education, P O Box 16448, St. Paul, MN 55116-0448 |
| 14040872 | | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 15327466 | | Wells Fargo Bank N.A as trustee, c/o PHH Mortgage Corporation, Bankruptcy department, PO box 24605, West Palm Beach, FL 33416-4605 |
| 14093211 | + | Wells Fargo Bank, N.A., as Trustee, c/o Ocwen Loan Servicing, LLC, 1661 Worthington Rd., St# 100, West Palm Beach, FL 33409-6493 |
| 14888004 | + | Wilmington Savings Fund Society, FSB, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14080210 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 12 2021 03:18:29 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14040853 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 03:35:24 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 14040854 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 12 2021 03:11:00 | Convergent Outsourcing, 800 Sw 39th St, Renton, WA 98057-4927 |
| 14040857 | + | Email/Text: bankruptcy@sccompanies.com | Feb 12 2021 03:10:00 | Dr Leonards/Carol Wrig, 1515 S 21st St, Clinton, IA 52732-6676 |
| 14040859 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 12 2021 03:11:00 | Fingerhut, P.O. Box 1250, Saint Cloud, MN 56395-1250 |
| 14040860 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2021 03:11:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |

Case 15-70318-JAD  Doc 131  Filed 02/13/21  Entered 02/14/21 00:37:50  Desc
Imaged Certificate of Notice  Page 3 of 4

| District/off: 0315-7 | User: dpas | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14040861 | + | Email/Text: mmrgbk@miramedrg.com | Feb 12 2021 03:11:00 | Miramedrg, 991 Oak Creek Dr, Lombard, IL 60148-6408 |
| 14040862 | + | Email/Text: Bankruptcies@nragroup.com | Feb 12 2021 03:12:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14040864 | + | Email/PDF: cbp@onemainfinancial.com | Feb 12 2021 03:17:28 | OneMain Financial, 5523 E. Pleasant Valley Blvd. S4, Tyrone, PA 16686-8570 |
| 14104203 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2021 03:18:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14040868 | + | Email/Text: nod.referrals@fedphe.com | Feb 12 2021 03:10:00 | Phelan Hallinan & Schmieg, LLP, 1617 JFK Blvd., Suite 1400, Philadelphia, PA 19103-1814 |
| 14040869 | + | Email/Text: bankruptcy@sccompanies.com | Feb 12 2021 03:12:00 | Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14040874 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 12 2021 03:10:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE |
| cr | | Wells Fargo Bank, N.A., As Trustee For Option One |
| cr | | Wells Fargo Bank, NA, As Trustee For Option One Mo |
| cr | | Wells Fargo Bank, National Association, As Trustee |
| cr | | Wilmington Savings Fund Society, FSB, DBA Christia |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14040856 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |
| 14040866 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14040867 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14040873 | ##+ | U.S. Department of Education, P.O. Box 530229, Atlanta, GA 30353-0229 |

TOTAL: 5 Undeliverable, 1 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew L. Spivack | on behalf of Creditor Wells Fargo Bank NA, As Trustee For Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates Series 2005-2 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |

Case 15-70318-JAD  Doc 131  Filed 02/13/21  Entered 02/14/21 00:37:50  Desc
Imaged Certificate of Notice  Page 4 of 4

| District/off: 0315-7 | User: dpas | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| | |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, DBA Christiana Trust, not in its invidual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE et al. pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank N.A., As Trustee For Option One Mortgage et al. pawb@fedphe.com |
| Joseph P. Schalk | on behalf of Creditor Wells Fargo Bank NA, As Trustee For Option One Mortgage Loan Trust 2005-2, Asset-Backed Certificates Series 2005-2 jschalk@barley.com, sromig@barley.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Sandra M. Walstrom thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Walter A. Walstrom thedebterasers@aol.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank N.A., As Trustee For Option One Mortgage et al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank National Association, As Trustee et al pawb@fedphe.com |
| Thomas Song | on behalf of Creditor WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE et al. pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank N.A., As Trustee For Option One Mortgage et al. pawb@fedphe.com |

TOTAL: 14